IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

v.

J/O BERTLESON, et al.

    Defendants.

ORDER

Case No. 22-cv-480-wmc

    Plaintiff Donta Jenkins has submitted a certified inmate trust fund account statement for the six month period preceding the complaint in support of the pending motion to proceed without prepayment of the filing fee.  Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing this case.

    Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1).  Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fee to be $50.00.

ORDER

    IT IS ORDERED that,

    1.    Plaintiff Donta Jenkins is assessed $50.00 as an initial partial payment of the $350.00 fee for filing this case.

2

2          Plaintiff has submitted the $50.00 payment to the clerk's office.   No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A.  Once the screening process is complete, a separate order will issue.

Entered this 13th day of September, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge